UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 1

| | |
|---|---|
| GLADWAY COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                    Defendant. | **S U M M O N S**<br><br>Court No.  25-00228 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Gina Justice
Clerk of the Court

## PROTEST

| Port(s) of Entry: | San Francisco, CA | Center (if known): | CPMM |
|---|---|---|---|
| Protest Number: | 2809-25-111506 | Date Protest Filed: | 08/15/2025 |
| Importer: | Gladway Company | Date Protest Denied: | 09/15/2025 |
| Category of Merchandise: | Food Storage Containers | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 8SP01265462 | 7/26/2024 | 7/11/2025 | 8SP01424029 | 11/29/2024 | 7/11/2025 |
| | | | | | |
| | | | | | |
| | | | | | |

Kayla Owens, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
445 S. Figueroa St., Ste 2388
Los Angeles, California 90071
Tel: (213) 630-8888 E-mail: kowens@steinshostak.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Food Storage Container | 3923.90.0080<br>9903.88.03 | 3%<br>25% | 3924.10.4000 | 3.4% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Customs rate advanced the food storage containers under 3923.90.0080 and denied Gladway's protest asserting that the containers are properly classified under HTSUS 3924.10.4000.

The issue which was common to all such denied protests:

Whether the proper classification for food storage containers is HTSUS 3923.90.0080 or HTSUS 3924.10.4000?

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Kayla Owens
*Signature of Plaintiff's Attorney*

October 14, 2025
*Date*

## SCHEDULE OF PROTESTS

CPMM
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| | | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct. 1, 2025.)